PD-1675-14

William Paul Semien
Bill P. Clements Unit
#01904346
9601 Spur 591
Amarillo, Texas 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

December 15, 2014

Carol Anne Harley
Clerk of the
9th Court of Appeals
1001 Pearl Street Suite 330
Beaumont, Texas 77701

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

RECEIVED
DEC 23 2014
CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

RE: Case number: 09-13-00582-CR
Trial Court Case number: 13-17919

Dear Ms Harley, Carol;

Enclosed please find my pro-se Defendant's Motion for Time to File Petition for Discretionary Review. Please file this Motion and bring it to the Attention of the Court.

Please date-stamp this notation and return it to me at my Address shown above.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

William Paul Semien
Defendant, pro-se

No. 09-13-00582-CR

In The

Court of Appeals

of The Ninth Supreme Judicial District

Beaumont, Texas

---

WILLIAM PAUL SEMIEN
Appellant

vs.

THE STATE OF TEXAS
Appellee

---

On Appeal in Cause No. 13-17919

Criminal District Court, Jefferson County, Texas

John Stevens, Judge Presiding

---

Appellants Motion For Extension of Time To File
Appellants Pro-se Petition For Discretionary Review

---

William Paul Semien
Bill P. Clements Unit
#01904346
9601 Spur 591
Amarillo, Texas 79107-9606

No. 09-13-00582-CR

| | | |
|---|---|---|
| WILLIAM PAUL SEMIEN | § | IN THE COURT OF APPEALS |
| VS | § | STATE OF TEXAS |
| THE STATE OF TEXAS | § | NINTH DISTRICT |

## MOTION TO EXTEND TIME TO FILE APPELLANTS PRO-SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES WILLIAM PAUL SEMIEN, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellants Pro-se Petition for Discretionary Review, pursuant to Rule set forth in the Texas Rules of Appellate Procedure, and for good cause shows the following:

### I.

This case is an Appeal from the Criminal District Court of Jefferson County, Texas

### II.

The case below was styled THE STATE OF TEXAS VS. WILLIAM PAUL SEMIEN, and numbered 13-17919.

### III.

Appellant was convicted of Sexual Assault.

### IV.

Appellant was assessed a sentence of fifty five (55) years confinement in the Institutional Division on November 6, 2013.

### V.

Notice of Appeal was given on November 26, 2013.

## VI.

Two (2) extension to file the Pro-se Appellant Brief has been filed in this cause. This Honorable Court granted those extension.

## VII.

Appellant's first motion to Extend the time for filing the Pro-se Appellant's Brief was filed by Terrence Leon Holmes, on June 10, 2014; Appellant Attorney at that time for said Appeal. Second motion was filed by William Paul Semien, Pro-Se Appellant, on or about August 29, 2014;

## VIII.

The Appellate brief was due on October 10, 2014;

## IX.

The Court of Appeals rendered its judgment on November 19, 2014;

## X.

Appellant requests an extension of time of thirty (30) days from the present date, i.e. January 14, 2015;

## XI.

Appellant relies on the following facts as good cause and believes that he has extenuating circumstances that require this request for extension of time be granted

## XII.

On November 28, 2014, Appellant received a correct and true copy of the Court's Opinion and Judgment; Along with notification of the Defendant's right to file a pro-se petition for discretionary review under Rule 68;

Appellant is a layman of the law and really/truly having a difficult time trying to accurately present this petition for discretionary review

Appellant was placed in transit status by the Bill P. Clements Unit Administration/staff without any of His property and without his Legal material/work including my transcripts and Appellate papers as it was placed in Bill P. Clements Unit property room. As of this 15th day of

December, 2014 I have yet to have all my property returned to me;

Appellant can not effectively present this petition for discretionary review under Rule 68 without all his legal material/work including appellate papers and transcripts.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant in preparing Appellants brief as well as researching the law.

WHEREFORE, Appellant prays that this Court grant this motion and modify and extend the deadline for filing Appellant's Pro-Se Petition For Discretionary Review to January 14, 2015; or that this Court grant such additional time as is just and proper.

## Certificate of Service.

I hereby certify that on December 15, 2014; a correct and true copy of Appellant's "Motion" for Extension to file his Pro-Se Petition For Discretionary Review was mailed to the Ninth Supreme Judicial District Court of Appeals by U.S. First Class mail addressed to The Court of Appeals of The Ninth Supreme Judicial District at, 1001 Pearl Street Suite 330, Beaumont, Texas 77701.

_William Paul Semien_
Appellant, pro se